IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

-v-

ALEXANDER BUIE,

        Defendant.

16-CR-6026G

**INFORMATION**
(Felony)

**Violation:**
21 U.S.C. § 841(a)(1)

## COUNT 1

**(Possession of Controlled Substance Analogue With Intent to Distribute)**

**The United States Attorney Charges That:**

On or about August 26, 2015, in the Western District of New York, the defendant, ALEXANDER BUIE, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of α-Pyrrolidinopentiophenone, commonly referred to as "Alpha PHP," a Schedule I controlled substance analogue as defined in Title 21, United States Code, Section 802(32), knowing that the substance was intended for human consumption as provided in Title 21, United States Code, Section 813.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).**

DATED:     Rochester, New York, April 13, 2016.

                                             WILLIAM J. HOCHUL, JR.
                                             United States Attorney

              BY:                                 
                                             DOUGLAS E. GREGORY
                                             Assistant U.S. Attorney
                                             United States Attorney's Office
                                             Western District of New York
                                             100 State Street, Room 500
                                             Rochester, New York 14614
                                             (585) 399-3938
                                             douglas.gregory@usdoj.gov