**United States District Court
For
The Western District of New York**

**Court Order**



Date: May 2, 2016

Defendant's Name: Alexander Buie                Docket Number: 6:16CR06026-001

Honorable Frank P. Geraci Jr., Chief U.S. District Judge

---

THE COURT ORDERS:

☒ No Action in regards to the violations noted in the violation report

☐ Rescind condition of release: Maintain or commence an educational program

☐ The Issuance of a Warrant

☐ The Issuance of a Summons

_____
Honorable Frank P. Geraci Jr.
Chief U.S. District Judge

5/2/16
_____
Date


Title 18 United States Code, Section 3154(5), Bail Violations

